The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH COGHILL, MAXWELL TAMMEN, KANDICE MAYER, SHILO FISH, KALEN TINDALL; SHANIYA BRANNON; AND SYDNEY HESS, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PAYROLL SERVICES, a Foreign Profit Corporation,<br><br>Defendant. | Case No. C25-0759-SKV<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONSOLIDATE** |

This matter having come before this Court on the Parties' Joint Motion to Consolidate, Dkt. 52, and having considered the Stipulated Motion and the pleadings and records on file, it is hereby ORDERED as follows:

1. The Joint Motion is **GRANTED**.

2. The action *Riley Berschauer, et al. v. Gerber Payroll Services*, Case No. C26-1805-JHC, is consolidated with this action (*Coghill*) pursuant to Rule 42(a) for



LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

pretrial purposes.

3. The consolidated actions shall proceed under Case No. C25-0759-SKV unless otherwise ordered by the Court.

4. All future filings shall be made in the lead case unless otherwise directed.

5. Any existing deadlines, scheduling orders, and case-management dates in *Riley Berschauer, et al. v. Gerber Payroll Services*, Case No. C26-1805-JHC, and this action are STRICKEN. The Court will issue a consolidated Order Regarding Initial Disclosures, Joint Status Report, Case Procedures, and Early Settlement and such further case-management directions as appropriate.

6. Nothing in this Order determines whether the actions will remain consolidated through trial.

IT IS SO ORDERED.

DATED this 15th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

*Presented by:*

*/s/ Breanne Sheetz Martell*
Breanne Sheetz Martell, WSBA #39632
bsmartell@littler.com
Brian Rho, WSBA #51209
brho@littler.com
Eliza Whitworth, WSBA #52322
ewhitworth@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122

*/s/ Nolan Lim*
Nolan Lim, WSBA #36830
nolan@nolanlimlaw.com
NOLAN LIM LAW FIRM, PS
1111 Third Avenue, Suite 1850
Seattle, Washington 98101
Telephone: 206.963.9130

Telephone: 206.623.3300
Facsimile: 206.447.6965

Attorneys for Defendant
GERBER PAYROLL SERVICES

*/s/ Morgan Mentzer*
Morgan Mentzer, WSBA #47483
morgan@mxlaw.net
MX LAW, PLLC
710 Pacific Avenue, Suite 8
Tacoma, Washington 98402
Telephone: 253.693.0388

Attorneys for Plaintiffs
KENNETH COGHILL and
MAXWELL TAMMEN

*/s/ Victoria Ainsworth*
Victoria Ainsworth, WSBA #49677
Jamie Serb, WSBA #62065
Zachary Crosner, WSBA #61644
tori@crosnerlegal.com
jamie@crosnerlegal.com
zach@crosnerlegal.com
CROSNER LEGAL, P.C.
92 Lenora Street, Suite 179
Seattle, Washington 98121
Telephone: 866. 276.7637

Attorneys for Plaintiffs
SHANIYA BRANNON, SHILO FISH,
SYDNEY HESS, KANDICE MAYER and
KALEN TINDALL, KENNETH COGHILL
and MAXWELL TAMMEN

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. On October 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF system participants:

| **Attorneys for Plaintiffs Kenneth Coghill and Maxwell Tammen** | **Attorneys for Plaintiffs Shaniya Brannon, Shilo Fish, Sydney Hess, Kandice Mayer, Kalen Tindall** |
|---|---|
| Nolan Lim, WSBA #36830<br>NOLAN LIM LAW FIRM, PS<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Tel: (206) 963-9130<br>nolan@nolanlimlaw.com<br>charlotte@nolanlimlaw.com<br><br>Morgan Mentzer, WSBA #47483<br>MX LAW, PLLC<br>710 Pacific Ave., #8<br>Tacoma, WA 98402<br>Tel: (253) 693-0388<br>morgan@mxlaw.net | Victoria Ainsworth, WSBA #49677<br>Jamie Serb, WSBA #62065<br>Zachary Crosner, WSBA #61644<br>CROSNER LEGAL, P.C.<br>92 Lenora St., Suite 179<br>Seattle, WA 98121<br>Tel: (866) 276-7637<br>tainsworth@crosnerlegal.com<br>jamie@crosnerlegal.com<br>zach@crosnerlegal.com<br>barbara@crosnerlegal.com |

I certify under the penalty of perjury under the laws of the State of Washington and the United States that the above is true and correct.

Executed on October 15, 2026, at Seattle, Washington.

*/s/ Kristen C. Miller*
Kristen C. Miller, Attorney Practice Coordinator
krmiller@littler.com
**LITTLER MENDELSON, P.C.**